UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,                                     CRIMINAL NO. 04-CR-80814-DT-01

vs.                                         HONORABLE AVERN COHN

D-1 JAVIER TOME-LOPEZ,

    Defendant.
_____/

## JUDICIAL ORDER OF REMOVAL AND DEPORTATION

This matter having come before the court for sentencing of Defendant JAVIER TOME-LOPEZ in connection with his guilty plea and conviction for violation of 8 U.S.C. Section 1324(a)(1)(A)(v)(1), the Court having imposed a sentence of One(1) year and one(1) day in the bureau of prisons, with credit for 141days previously served and having suspended the balance of the sentence, and the defendant having executed and the court having received a waiver of administrative hearing and consent to immediate deportation, now therefore:

IT IS HEREBY ORDERED that the Defendant, JAVIER TOME-LOPEZ is hereby ordered immediately removed and deported from the United States to the country of Mexico pursuant to 8 U.S.C. Section 1535(I) &(j), upon completion of of any period of incarceration.

Dated: January 19, 2006                                  s/ Avern Cohn
                                                                  **Honorable Avern Cohn**
                                                                  **United States District Judge**

IT IS SO STIPULATED

s/ John N. O'Brien II                                              s/ Francisco J. Villaruel (w/ consent)

John N. O'Brien II                                                 Francisco J. Villaruel
Assistant United States Attorney                                   Attorney for Defendant Tome-Lopez
211 W. Fort Street, Suite 2001                                     615 Griswold, Suite 913
Detroit, Michigan 48226                                            Detroit, Michigan
313-226-9715                                                       313-963-3311
john.obrien@usdoj.gov                                              fjvillaruel@comcast.net
P39912                                                             P34147